■ JEREMY BATES, Appellant, v THE RECTOR, CHURCH-WARDENS, & VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK, Respondent. [32 NYS3d 490]—Order, Supreme Court, New York County (Shlomo Hagler, J.), entered on or about May 15, 2013, which granted defendant's motion to dismiss plaintiff's first three causes of action seeking a declaratory judgment in his favor, unanimously modified, on the law, to declare that a "majority of votes" is not required to elect wardens or vestryman of defendant church, that defendant is not required to count "no" votes or votes against nominees, and that defendant is not required to provide a ballot that has boxes for "no" votes or votes against nominees, and, as so modified, affirmed, without costs. The Clerk is directed to enter judgment accordingly.

The detailed election procedures contained in defendant's ordinances defeat plaintiff's claims that, pursuant to defendant's charter, wardens or vestrymen must be elected by a "majority of votes" and that defendant must allow and count "no" votes or votes against nominees.

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Friedman, J.P., Sweeny, Webber and Gesmer, JJ.